**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Anthony Akiti, | Civil No. 18-cv-1685 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Fartun Bashir Yusuf, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 12, 2018 [Doc. No. 3], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The application to proceed *in forma pauperis* of plaintiff Anthony Akiti [Doc. No. 2] is **DENIED AS MOOT.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: August 3, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge